**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00669-CV

**STAR SYSTEMS INTERNATIONAL LIMITED, Appellant**

**V.**

**3M COMPANY AND 3M INNOVATIVE PROPERTIES COMPANY, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01813-2014**

## ORDER

We **GRANT** appellant's June 29, 2015 unopposed first motion for extension of time to

file brief and **ORDER** the brief be filed no later than July 9, 2015.


/s/     CRAIG STODDART
        JUSTICE